IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HORACE ALEXANDER, § | | |
| SPN #214418, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-06-2352 | |
| § | | |
| HARRIS COUNTY SHERIFF'S § | | |
| DEPARTMENT, *et al.*, § | | |
| § | | |
| Defendants. § | | |

### ORDER OF DISMISSAL

County Jail inmate Horace Alexander brings this action under 42 U.S.C. § 1983, alleging violations of his civil rights. Alexander has failed to respond to an order entered on July 14, 2006, directing him to file a properly supported motion for leave to proceed *in forma pauperis* within thirty days. (Doc. # 3). Alexander also has not responded to an order entered on July 18, 2006, directing him to file a more definite statement of his claims within thirty days. (Doc. # 4). Both orders specifically provided that the plaintiff's failure to comply as directed would result in dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure. To date, the plaintiff has not responded to either of the Court's orders and he has not otherwise attempted to comply.

The plaintiff's failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a district court to manage its own affairs, this Court determines that dismissal for want of prosecution is

appropriate.  *See* FED. R. CIV. P. 41(b); *see also Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may dismiss an action *sua sponte* for failure to prosecute or to comply with any court order).  The plaintiff is advised, however, that upon a proper showing, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure.  Such a motion must be accompanied by a more definite statement of his claims, as directed, and a properly supported motion for leave to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(b).

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for want of prosecution.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **August 31, 2006.**

_____
Nancy F. Atlas
United States District Judge